ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Tactical Power Solutions, LLC | ) ASBCA Nos. 64118, 64119 |
| | ) |
| Under Contract No. W911SG-24-P-0103 | ) |

APPEARANCES FOR THE APPELLANT:    Jason Staloski, Esq.
    Aravind Ravi, Esq.
     Firth Bunn Kerr Neill
     El Paso, TX

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
     Army Chief Trial Attorney
    LTC Anthony Lenze, JA
     Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCLISH

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $107,665.24. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: March 10, 2026

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_J. REID PROUTY_                                  _DAVID D'ALESSANDRIS_
Administrative Judge                              Administrative Judge
Acting Chairman                                   Acting Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 64118, 64119, Appeals of
Tactical Power Solutions, LLC, rendered in conformance with the Board's Charter.

        Dated:  March 10, 2026


_PAULLA K. GATES-LEWIS_
Recorder, Armed Services
Board of Contract Appeals